# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

October 19, 2022

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007

> Plaintiff's letter-motion seeking an extension of time to move for judgment on the pleadings (ECF No. 14) is GRANTED, and the Plaintiff shall file their motion for judgment on the pleadings by **Tuesday, December 20, 2022**. Commissioner shall file their motion for judgment on the pleadings and opposition by **Monday, February 20, 2023**. Plaintiff shall file their reply by **Monday, March 13, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 14.
>
> SO ORDERED 10/19/22
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**Re: Jose Noel Barahona v. Comm'r of SSA  1:22-cv-04007-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on October 21, 2022. Due to an influx of certified administrative records filed by the Defendant, counsel has multiple scheduling conflicts on the briefing calendar. We therefore require additional time to prepare our motion and respectfully request a sixty (60) day extension of time through December 20, 2022, with the remainder of the order to remain in effect.

No previous request for an extension has been made in this case and the Defendant has given consent. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Graham Morrison, Esq.   (Via ECF)
          Attorney for Defendant.