**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE NOEL BARAHONA,

                     Plaintiff,                     22 **CIVIL** 4007 (SLC)

      -against-                               <u>**JUDGMENT**</u>

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated August 31, 2023, Mr. Barahona's Motion is DENIED, and the Commissioner's Motion is GRANTED. Accordingly, this case is closed.

**Dated:**  New York, New York
          August 31, 2023

                                                   **RUBY J. KRAJICK**
                                                      Clerk of Court

                        **BY:**

                                                      **Deputy Clerk**